

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,380-02

### IN RE JOHNNY LEE DAVIS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. A-16-5063-CR IN THE 36TH DISTRICT COURT
### FROM ARANSAS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he has not received copies of documents pertaining to his application for a writ of habeas corpus in the 36th District Court of Aransas County, which was remanded to that court on February 13, 2019 for affidavits and findings of fact. While the habeas application was on remand, the trial court conducted a live hearing and entered findings of fact and conclusions of law before forwarding the supplemental record to this Court.

Relator alleges that he never received copies of the documents contained in the supplemental record, including the transcript of the habeas hearing and the trial court's findings of fact and

conclusions of law. Pursuant to Article 11.07 §7 of the Texas Code of Criminal Procedure, the district clerk has a duty to mail or deliver copies of all answers, motions, pleadings and orders relating to an application for writ of habeas corpus to the applicant.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Aransas County, is ordered to file a response, stating whether copies of all documents relating to Relator's application for writ of habeas corpus have been mailed or delivered to Applicant. If copies of the documents in question have been sent to Applicant, the clerk shall specify the dates upon which the documents were sent and the manner by which they were sent. If the clerk has not yet provided copies of the documents to Applicant, the clerk shall immediately do so and shall provide this Court with proof of the date upon which those documents were sent and the manner by which they were sent. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: May 15, 2019
Do not publish